**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR  97204
Telephone: 503.223.3000

Attorneys for Defendant Walmart, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DARCY BUDREAU, | Case No. 6:19-cv-00319 |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF REMOVAL** |
| WALMART, INC., a foreign corporation, | |
| Defendant. | **JURY TRIAL DEMANDED** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, § 1446, and § 1332(a), Defendant Walmart, Inc. ("Defendant") removes this action from the Circuit Court of the State of Oregon for the County of Marion to the United States District Court for the District of Oregon, Eugene Division pursuant to LR 3-2(a)(3).

**RELEVANT FACTS**

On February 11, 2019, Plaintiff served Defendant with a Summons and Complaint captioned *Darcy Budreau v. Walmart, Inc.,* Case No. 19CV06700, filed in the Circuit Court for

Page 1   **DEFENDANT'S NOTICE OF REMOVAL**

the State of Oregon for the County of Marion. *See* Declaration of John R. Barhoum ("Barhoum Decl."), ¶2. Copies of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. *Id.* These documents, taken together, constitute all process, pleadings, and orders served on Defendant in that action up to the present date. *Id.*

## GROUNDS FOR REMOVAL

Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action filed in the state court to the United States District Court if the district court has diversity jurisdiction over the action. This action is one over which the district court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1). The grounds for removal of this action are:

1. Plaintiff's principle claims for relief against Defendant exceed $75,000. Plaintiff seeks damages of $226,000.00. Complaint ¶13-15.

2. Plaintiff and Defendant are residents of different states. Plaintiff resides in Oregon and Defendant is a Delaware foreign business corporation. *See* Complaint ¶1-2; *see also* Defendant's Corporate Disclosure Statement (being filed concurrently). Defendant's principal place of business in Arkansas. Barhoum Decl., ¶3. Therefore, the United States District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as less than 30 days have elapsed since copies of the Summons and Complaint were served on Defendant. A copy of the Affidavit of Service provided by Plaintiff is attached hereto as Exhibit C. Barhoum Decl., ¶2.

4. No further proceedings have occurred in the Circuit Court of the State of Oregon for the County of Marion as of the date of this removal other than outlined herein.

/ / /

5.   Counsel for Defendant will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the State of Oregon for the County of Marion and will give notice of the same to Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that this action be removed from the Circuit Court for the State of Oregon for the County of Marion and placed on the docket of the United States District Court for the District of Oregon in the Eugene Division.

DATED this 5th day of March, 2019.

**CHOCK BARHOUM LLP**

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
     Attorneys for Defendant Walmart Inc.

**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 415
Portland, OR  97204
Telephone: 503.223.3000

Attorneys for Defendant Walmart, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

DARCY BUDREAU,

Plaintiff,

v.

WALMART, INC., a foreign corporation

Defendant.

Case No. 6:19-cv-00319

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **DEFENDANT'S NOTICE OF REMOVAL** was served on:

Jeffrey A. Trautman
Trautman Law, LLC
P.O. Box 549
Salem, OR 97308
*Attorneys for Plaintiff*

☐ By hand delivery
☑ By first-class mail*
☑ By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)
☐ By facsimile transmission
  Fax #: (503) 419-6079
☐ By e-mail:
  jeff@trautmanlawfirm.com

*With first-class postage prepaid and deposited in Portland, Oregon.

Page 1   **CERTIFICATE OF SERVICE**

DATED this 5th day of March, 2019.

        CHOCK BARHOUM LLP

        _____
        John R. Barhoum, OSB No. 045150
        Email: john.barhoum@chockbarhoum.com
          Attorneys for Defendant Walmart Inc.